**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Donna DEMPS, Defendant-Appellant.**

No. 17-10783
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(January 9, 2018)

Linda Julin McNamara, Arthur Lee Bentley, III, Suzanne C. Nebesky, Thomas Nelson Palermo, U.S. Attorney's Office, Tampa, FL, Kristen A. Fiore, U.S. Attorney's Office, Pensacola, FL, for Plaintiff-Appellee

Donna Demps, Pro Se

Before MARCUS, ROSENBAUM and NEWSOM, Circuit Judges.

PER CURIAM:

Serbo Simeoni, appointed counsel for Donna Demps in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Demps's convictions and sentences are **AFFIRMED**.